IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| ERICK DRAKE CHARETTE, #215182 | § | |
| VS. | § | CIVIL ACTION NO. 4:10cv98 |
| TERRY BOX, SHERIFF OF COLLIN COUNTY | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Don D. Bush. The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that Plaintiff's motion for an order granting him expanded law library hours and access to computers and the internet (docket entry #15), construed as a motion for a temporary restraining order and/or preliminary injunction, is hereby **DENIED**.

**SIGNED this the 17th day of February, 2011.**

*Richard A. Schell*
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE

1